# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:22-cv-252-TFM-N |
| | ) |
| STEVE MARSHALL, | ) |
| Attorney General of Alabama, | ) |
| | ) |
|     Defendants, | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Richard D. Anderson, and enters his appearance as counsel for the Respondent in the above-styled cause.

        Respectfully submitted,

        Steve Marshall
        *Attorney General*

        ***s/ Richard D. Anderson***
        Richard D. Anderson
        *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. A copy was also served on the petitioner by FedEx Priority Overnight addressed as follows:

Joe Nathan James Jr.
AIS # Z610
Holman Prison
1240 Ross Road
Atmore, Alabama 36502

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Tel:  (334) 353-2021
Fax:  (334) 353-8400
Richard.Anderson@AlabamaAG.gov