U.S. District Court Alabama Southern
155 Saint Joseph Street
Mobile AL 36602

USPS CERTIFIED MAIL



9214 8901 9403 8381 0158 48

WARDEN TERRY RAYBON
HOLMAN CORRECTIONAL FACILITY
HOLMAN 3700
ATMORE, AL 36503-3700

Return Reference Number:22-252-TFM-N
Username: Tammy Thornton
Custom 1:
Custom 2:
Custom 3:
Custom 4:
Custom 5:

Postage: $7.3600