U.S. District Court Alabama Southern
155 Saint Joseph Street
Mobile AL 36602

USPS CERTIFIED MAIL



9214 8901 9403 8381 0162 96

JOHN HAMM COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS
PO BOX 301501
MONTGOMERY AL 36130-1501

Return Reference Number:22-252-TFM-N
Username: Tammy Thornton
Custom 1:
Custom 2:
Custom 3:
Custom 4:
Custom 5:

Postage: $7.3600