U.S. District Court Alabama Southern
155 Saint Joseph Street
Mobile AL 36602

USPS CERTIFIED MAIL

9214 8901 9403 8381 0166 54

ATTORNEY GENERAL OF STATE OF ALABAMA
PO BOX 300152
MONTGOMERY AL 36130-0152

Return Reference Number:22-252-TFM-N
Username: Tammy Thornton
Custom 1:
Custom 2:
Custom 3:
Custom 4:
Custom 5:

Postage: $7.3600