# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:22-cv-252-TFM-N |
| ) | |
| TERRY RAYBON, ) | |
| Warden at Holman Prison, ) | |
| ) | |
| JOHN HAMM, ) | |
| Commissioner at Alabama ) | |
| Department of Corrections ) | |
|     Defendants, ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Richard D. Anderson, and enters his appearance as counsel for the Defendants in the above-styled cause.

                                                  Respectfully submitted,

                                                  Steve Marshall
                                                  *Attorney General*

                                                  ***s/ Richard D. Anderson***
                                                  Richard D. Anderson
                                                  *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. A copy was also served on the petitioner by FedEx Priority Overnight addressed as follows:

Joe Nathan James Jr.
AIS # Z610
Holman Prison
1240 Ross Road
Atmore, Alabama 36502

> *s/ Richard D. Anderson*
> Richard D. Anderson
> *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Tel:  (334)  353-2021
Fax:  (334) 353-8400
Richard.Anderson@AlabamaAG.gov