# ATTACHMENT A



# IN THE SUPREME COURT OF ALABAMA

June 7, 2022

1991959

Ex parte Joe Nathan James, Jr.   PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Joe Nathan James, Jr. v. State of Alabama) (Jefferson Circuit Court: CC-95-4747; Criminal Appeals: CR-98-2417).

## ORDER

The "State of Alabama's Motion to Set an Execution Date" filed by the State of Alabama on March 17, 2022, having been submitted to this Court,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Thursday, July 28, 2022, be fixed as the date for the execution of the convict, Joe Nathan James, Jr., who is now confined in the William C. Holman Correctional Facility Unit of the Alabama Department of Corrections prison system located in Atmore, Escambia County, Alabama;

2. The Warden of the William C. Holman Correctional Facility execute the order, judgment, and sentence of law on July 28, 2022, in the William C. Holman Correctional Facility Unit by the means provided by law, causing the death of such convict;

3. The Marshal of the Appellate Courts of Alabama shall deliver, within five (5) days from the date of this Order, a certified copy of this Order to the Warden of the William C. Holman Correctional Facility Unit and make due return thereon to this Court; and



# IN THE SUPREME COURT OF ALABAMA

June 7, 2022

4.   The Clerk of this Court shall transmit forthwith a certified copy of this Order electronically or by mailing a copy thereof by United States mail, postage prepaid, to the following:

- Joe Nathan James, Jr.;
- the Governor of Alabama;
- the Attorney General of Alabama;
- the Commissioner of the Alabama Department of Corrections;
- the Clerk of the Alabama Court of Criminal Appeals;
- the Clerk of the Jefferson Circuit Court;
- the Clerk of the Supreme Court of the United States;
- the Clerk of the United States Court of Appeals for the Eleventh Circuit; and
- the Clerk of the United States District Court for the Northern District of Alabama.

**Parker, C.J., and Bolin, Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, and Mitchell, JJ., concur.**

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true, and correct copy of the judgment and order of the Supreme Court of Alabama regarding Joe Nathan James, Jr., as the same appears of record in this Court.

**Witness my hand and the seal this 7th day of June, 2022.**

Julia Jordan Weller
CLERK OF COURT
SUPREME COURT OF ALABAMA